Case 2:07-cr-02060-LRS   Document 119   Filed 09/09/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2015

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| SALVADOR URENA-MENDEZ, ) | Case No: CR-07-02060-LRS-1 |
| ) | USM No: 11908-085 |
| Date of Original Judgment: 03/19/2008 ) | |
| Date of Previous Amended Judgment: 04/30/2015 ) | Andrea George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    168    months **is reduced to**    135   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    04/30/2015    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   9/09/2015

Effective Date:   11/01/2015
*(if different from order date)*

*Judge's signature*

The Honorable Lonny R. Suko    Senior Judge, U.S. District Court
*Printed name and title*